IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

CATHOLIC HEALTHCARE WEST-BAY AREA,

          Plaintiff,

  v.

SEAFARERS HEALTH & BENEFITS PLAN,

          Defendant.
                              /

No. C 06-01741 SI

**PRETRIAL PREPARATION ORDER**

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>October 20, 2006</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 15, 2006</u>.

DESIGNATION OF EXPERTS: <u>11/13/06</u>; REBUTTAL: <u>n/a</u>.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 15, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 5, 2007</u>;

    Opp. Due <u>January 19, 2007</u>; Reply Due <u>January 26, 2007</u>;

    and set for hearing no later than <u>February 9, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>March 6, 2007</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>March 12, 2007</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/21/06

                                   SUSAN ILLSTON
                                   United States District Judge