RICHARD K. GROSBOLL, Cal. Bar No. 99729
SCOTT M. DE NARDO, Cal. Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
TEL: (415) 677-9440
FAX: (415) 677-9445
Email: rgrosboll@neyhartlaw.com
      sdenardo@neyhartlaw.com

Attorneys for Defendant Seafarers Health & Benefits Plan

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| CATHOLIC HEALTHCARE WEST-BAY AREA d.b.a. ST. MARY'S MEDICAL CENTER,<br><br>          Plaintiff<br>v.<br><br>SEAFARERS HEALTH AND BENEFITS PLAN,<br><br>          Defendant. | Case No. C-06-01741 SI (JL)<br><br>STIPULATION AND [Proposed] ORDER, RE: DEFENDANT SEAFARERS HEALTH & BENEFITS PLAN RESPONSES TO PLAINTIFF'S INTERROGATORIES AND DOCUMENT PRODUCTION REQUESTS<br><br>Date:<br>Time:<br>Judge: Hon. Susan Illston<br>Courtroom: 10, 18th Floor<br>Location: 450 Golden Gate Ave.<br>         San Francisco, CA<br><br>Trial Date: March 12, 2006 |

0

The parties to the above-captioned action hereby submit the following STIPULATION, RE: DEFENDANT SEAFARERS HEALTH & BENEFITS PLAN RESPONSES TO PLAINTIFF'S INTERROGATORIES AND DOCUMENT PRODUCTION REQUESTS:

IT IS STIPULATED by and among the parties through their undersigned counsel of record that pursuant to Federal Rules of Civil Procedure ("F.R.C.P.") Rule 29, Defendant Seafarers Health & Benefits Plan's responses to Plaintiff Catholic Healthcare West-Bay Area d.b.a. St. Mary's Medical Center's Request for Production, Set One [F.R.C.P. Rule 34] (served October 4, 2006) and Special Interrogatories, Set One [F.R.C.P. Rule 33] (served October 4, 2006) are now due to be served on or before November 10, 2006 in accordance with F.R.C.P. Rule 5.

Respectfully submitted,

NEYHART ANDERSON FLYNN & GROSBOLL

Dated: November 1, 2006

Scott M. De Nardo
Attorney for Defendant Seafarers Health & Benefits Plan

Dated: November 2, 2006

LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN

Gary L. Lahendro
Attorney for Plaintiff Catholic Healthcare West-Bay Area d.b.a. St. Mary's Medical Center

IT IS SO ORDERED.

Dated: November ___, 2006

Hon. Susan Illston
U.S. District Court Judge