LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN
JOY YOUNG STEPHENSON (SBN 113755)
RICHARD A. LOVICH (SBN 113472)
BARRY SULLIVAN (SBN 136571)
GARY L. LAHENDRO (SBN 169033)
303 NORTH GLENOAKS BOULEVARD, SUITE 700
BURBANK, CA 91502-3226
Telephone: 818/559-4477
Facsimile: 818/559-5484

Attorneys for Plaintiff,
CATHOLIC HEALTHCARE WEST-BAY AREA d.b.a.
ST. MARY'S MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CATHOLIC HEALTHCARE WEST-BAY AREA d.b.a. ST. MARY'S MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>SEAFARERS HEALTH AND BENEFITS PLAN,<br><br>Defendant. | No. C-06-01741 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF EXPERT DISCOVERY CUT-OFF DATE**<br><br>Judge: Hon. Susan Illston<br>Courtroom: 10, 18th Floor<br>Location: 450 Golden Gate Avenue<br>         San Francisco, California<br><br>Trial: March 12, 2007 |

The Plaintiff CATHOLIC HEALTHCARE WEST-BAY AREA d.b.a. ST. MARY'S MEDICAL CENTER and Defendant SEAFARERS HEALTH AND BENEFITS PLAN ("Seafarers") hereby submit the following STIPULATION RE: CONTINUANCE OF EXPERT DISCOVERY CUT-OFF DATE

WHEREAS the current Expert Discovery Cut-off Date is December 15, 2006 pursuant to the Court's Pretrial Preparation Order;

WHEREAS the parties are scheduled to participate in a settlement conference with Honorable Chief Magistrate Judge James Larson on December 7, 2006;

///

STIPULATION & [PROPOSED] ORDER RE CONTINUANCE OF EXPERT DISCOVERY CUT-OFF DATE

1  WHEREAS the hearing on Seafarers' Motion for Summary Judgment is scheduled for hearing on
2  January 19, 2007;
3  WHEREAS the parties wish to continue the Expert Discovery Cut-off Date to a date following
4  the hearing on Seafarers' Motion for Summary Judgment so as not to prematurely incur the costs
5  associated with expert discovery, which may prove unnecessary should the parties reach a settlement at
6  the settlement conference or should Seafarers' Motion for Summary Judgment be granted;
7  IT IS THEREFORE STIPULATED by and between the parties through their undersigned
8  counsel of record that the Expert Discovery Cut-off Date shall be continued to February 16, 2007.

Respectfully submitted,

DATED: November 13, 2006

STEPHENSON, ACQUISTO & COLMAN

By: _____
Joy Young Stephenson
Richard A. Lovich
Barry Sullivan
Gary L. LaHendro
Attorneys for Plaintiff
CATHOLIC HEALTHCARE WEST-BAY
AREA d.b.a. ST. MARY'S MEDICAL
CENTER

DATED: November __, 2006

NEYHART, ANDERSON, FLYNN &
GROSBOLL

By: _____
Scott De Nardo
Attorneys for Defendant
SEAFARERS HEALTH AND BENEFITS
PLAN

IT IS SO ORDERED.

DATED: November __, 2006

By: _____
Hon. Susan Illston
U.S. District Court Judge

2

STIPULATION & [PROPOSED] ORDER RE CONTINUANCE OF EXPERT DISCOVERY CUT-OFF DATE

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226.

On **November ___, 2006**, I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF EXPERT DISCOVERY CUT-OFF DATE** by placing a true copy as follows:

> Richard K. Grosboll, Esq.
> Scott M. De Nardo, Esq.
> Neyhart, Anderson, Flynn & Grosboll
> 44 Montgomery Street, Suite 2080
> San Francisco, CA 94104

[ X ]   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3)]

[ ]   BY MESSENGER: I caused such envelope(s), with A-LINE MESSENGER Charges to be paid by this firm, to be picked up by A-LINE at our facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ]   BY FEDERAL EXPRESS: I caused such envelope(s), with overnight Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ]   BY TELECOPIER: Service was effected on all parties at approximately ____ by transmitting said document(s) from this firm's facsimile machine (818/559-5484) to the facsimile machine number(s) shown above. Transmission to said numbers was successful as evidenced by a transmission report produced by the machine indicating the documents had been transmitted completely and without error. [C.R.C. Nº 2008(e), C.C.P. 1013(e)]

[ X ]   State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **November ___, 2006** at Burbank, California.

_/s/ Aida Grigorian_
AIDA GRIGORIAN
