# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| CATHOLIC HEALTHCARE WEST-BAY AREA<br><br>     Plaintiff(s),<br> v.<br>SEAFARERS HEALTH & BENEFITS PLAN<br><br>     Defendant(s). | No. C 06-01741 SI (JL)<br><br>ORDER ADVANCING SETTLEMENT CONFERENCE |

PLEASE TAKE NOTICE that the settlement conference has been advanced from December 15, 2006 to December 7, 2006 at 10:00 a.m.

Dated: November 29, 2006

                   _____
                   JAMES LARSON
                   Chief Magistrate Judge