IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC HEALTHCARE WEST-BAY AREA,<br><br>    Plaintiff,<br><br>  v.<br><br>SEAFARERS HEALTH & BENEFITS PLAN,<br><br>    Defendant.<br>_____/ | No. C 06-1741 SI<br><br>**ORDER REMANDING CASE TO SAN FRANCISCO SUPERIOR COURT** |

On September 25, 2009, the Ninth Circuit issued the mandate in this case. Accordingly, the Court REMANDS this case to the Superior Court for the County of San Francisco.

**IT IS SO ORDERED.**

Dated: October 5, 2009

_____
SUSAN ILLSTON
United States District Judge